```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
```
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
BAYVIEW LOAN SERVICING, LLC
R.A. LEBRON, ESQ.
BAY-270
bankruptcy@feinsuch.com
```

Order Filed on February 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

```
In Re:

ROBERT W. JODEXNIS


Debtor(s).
```

Case No.: 19-25541 CMG

Adv. No.:

Hearing Date: March 4, 2020

Judge: Honorable Christine M. Gravelle

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 11, 2020**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor(s): ROBERT W. JODEXNIS
Case No: 19-25541 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, BAYVIEW LOAN SERVICING, LLC, as to certain real property known as 291 ROUTE 46 BOX 4, OXFORD, NJ 07863 as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The arrearage claim of Secured Creditor shall be allowed and paid through the Chapter 13 Plan.

2. The Debtor shall maintain regular monthly mortgage payments effective with the first payment due after the date of bankruptcy filing.

3. The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

5. The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.