UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
BAYVIEW LOAN SERVICING, LLC
R.A. LEBRON, ESQ.
BAY-270
bankruptcy@feinsuch.com

**Order Filed on February 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ROBERT W. JODEXNIS

Debtor(s).

Case No.: 19-25541 CMG

Adv. No.:

Hearing Date: March 4, 2020

Judge: Honorable Christine M. Gravelle

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: February 11, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor(s): ROBERT W. JODEXNIS
Case No: 19-25541 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, BAYVIEW LOAN SERVICING, LLC, as to certain real property known as 291 ROUTE 46 BOX 4, OXFORD, NJ 07863 as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The arrearage claim of Secured Creditor shall be allowed and paid through the Chapter 13 Plan.

2. The Debtor shall maintain regular monthly mortgage payments effective with the first payment due after the date of bankruptcy filing.

3. The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

5. The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert W. Jodexnis  
    Debtor

Case No. 19-25541-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 11, 2020  
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.  
db           +Robert W. Jodexnis,    3 Sarepta Road,    Columbia, NJ 07832-2005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jill Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
       Joan Sirkis Warren    on behalf of Debtor Robert W. Jodexnis joan@joanlaverylaw.com  
       R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
       Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee Et Al... rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                     TOTAL: 7