Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−25541−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert W. Jodexnis
   3 Sarepta Road
   Columbia, NJ 07832

Social Security No.:
   xxx−xx−9900

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on August 12, 2019 and a confirmation hearing on such Plan has been scheduled for March 4, 2020.

The debtor filed a Modified Plan on February 21, 2020 and a confirmation hearing on the Modified Plan is scheduled for April 1, 2020 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 24, 2020
JAN: pbf

                                                      Jeanne Naughton
                                                      Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                    Case No. 19-25541-CMG
Robert W. Jodexnis                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2               Date Rcvd: Feb 24, 2020
                              Form ID: 186              Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db             +Robert W. Jodexnis,    3 Sarepta Road,    Columbia, NJ 07832-2005
lm             +SLS,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
518402475      +Fein Such Kahn & Shepard,    7 Century Drive Suite 201,    Parsippany, NJ 07054-4673
518402477       Premier Bankcard,    c/o Rushmore Service Center,    PO Box 5507,   Sioux Falls, SD 57117-5507
518402478      +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
518410373     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court:   Snap-on Credit LLC,    950 Technology Way,   Ste 301,
                  Libertyville, IL 60048)
518402480     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of NJ-Division of Taxation,    CN 245,   Trenton, NJ 08646)
518502864      +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:09     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:04     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518507298      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 25 2020 00:26:31
                BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,    5TH FLOOR, BK DEPT,
                CORAL GABLES, FL 33146-1873
518402474      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 25 2020 00:26:31
                Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1873
518402476       E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2020 00:25:28     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
518459119      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 25 2020 00:26:21     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518504978*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO Box 245,   Trenton, NJ 08695-245)
518402479*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,   CN 245,
                  Trenton, NJ 08646)
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, National Association as Trustee Et
               Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jill   Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Joan Sirkis Warren    on behalf of Debtor Robert W. Jodexnis joan@joanlaverylaw.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Feb 24, 2020
                              Form ID: 186             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
        Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee Et Al... rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7