Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−25541−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert W. Jodexnis
  3 Sarepta Road
  Columbia, NJ 07832

Social Security No.:
  xxx−xx−9900

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             6/17/20
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 7, 2020
JAN: dmi

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 19-25541-CMG
Robert W. Jodexnis                                              Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2       Date Rcvd: May 07, 2020
                              Form ID: 132               Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
db            +Robert W. Jodexnis,    3 Sarepta Road,    Columbia, NJ 07832-2005
lm            +SLS,   8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
518402475     +Fein Such Kahn & Shepard,    7 Century Drive Suite 201,    Parsippany, NJ 07054-4673
518402477      Premier Bankcard,   c/o Rushmore Service Center,    PO Box 5507,   Sioux Falls, SD 57117-5507
518402478     +SLS,   8742 Lucent Boulevard,    Suite 300,   Littleton, CO 80129-2386
518410373    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
               (address filed with court:   Snap-on Credit LLC,    950 Technology Way,   Ste 301,
                 Libertyville, IL 60048)
518402480    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of NJ-Division of Taxation,    CN 245,   Trenton, NJ 08646)
518502864     +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 07 2020 23:38:22      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2020 23:38:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518507298     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 07 2020 23:38:46
                 BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD,   5TH FLOOR, BK DEPT,
                 CORAL GABLES, FL 33146-1873
518402474     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 07 2020 23:38:46
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,   Miami, FL 33146-1873
518402476      E-mail/Text: sbse.cio.bnc.mail@irs.gov May 07 2020 23:37:49     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518459119     +E-mail/Text: JCAP_BNC_Notices@jcap.com May 07 2020 23:38:32     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518504978*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,   PO Box 245,    Trenton, NJ 08695-245)
518402479*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,   CN 245,
                 Trenton, NJ 08646)
518811008*    +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, National Association as Trustee Et
               Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 07, 2020
                              Form ID: 132             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joan Sirkis Warren    on behalf of Debtor Robert W. Jodexnis joan@joanlaverylaw.com
        R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
        Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee Et Al... rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7