| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Michael J. Milstead<br>Atty. ID: 021031989<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231287-1<br>Attorneys for Secured Creditor: Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR3, Mortgage Pass-Through Certificates, Series 2005-AR3 | |
| In Re:<br><br>Robert W. Jodexnis | Case No.: 19-25541-CMG<br>Chapter 13<br><br>Judge: Christine M. Gravelle |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2005-AR3, Mortgage Pass-Through Certificates, Series 2005-AR3.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
  Michael J. Milstead, Esquire
  Milstead & Associates, LLC
  1 E. Stow Road
  Marlton, NJ 08053

DOCUMENTS:
  ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
  ☒ All documents and pleadings of any nature.

| | |
|---|---|
| DATED: January 28, 2022 | MILSTEAD & ASSOCIATES, LLC<br><br>/s/ *Michael J. Milstead*<br>Michael J. Milstead, Esquire<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231287-1<br>Attorneys for Secured Creditor |