| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>COMMUNITY LOAN SERVICING LLC fka<br>BAYVIEW LOAN SERVICING, LLC<br>R.A. LEBRON, ESQ.<br>BAY-270<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>ROBERT W. JODEXNIS<br><br>  Debtor(s). | Case No.: <u>19-25541 CMG</u><br><br>Adv. No.:<br><br>Hearing Date: April 6, 2022<br><br>Judge: <u>Honorable Christine M. Gravelle</u> |

**CERTIFICATION OF SERVICE**

1. I, Kelly Mastandrea:

   ☐ represent the _____ in this matter.

   ☒ am a paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, P.C.,</u> who represents the <u>Secured Creditor, COMMUNITY LOAN SERVICING LLC fka BAYVIEW LOAN SERVICING, LLC</u> in this matter.

   ☐ am the _____ in the above case and am representing myself.

2. On April 11, 2022, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a. Order Resolving Motion for Relief from Stay.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JOAN SIRKIS WARREN<br>LAVERY & SIRKIS<br>699 WASHINGTON ST<br>SUITE 103<br>HACKETTSTOWN, NJ 07840 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| ALBERT RUSSO<br>STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| ROBERT W. JODEXNIS<br>3 SAREPTA ROAD<br>COLUMBIA, NJ 07832 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 11, 2022          /S/ KELLY MASTANDREA
                               Kelly Mastandrea,
                               Paralegal