Order Filed on April 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
COMMUNITY LOAN SERVICING LLC fka
BAYVIEW LOAN SERVICING, LLC
R.A. LEBRON, ESQ.
BAY-270
bankruptcy@fskslaw.com

In Re:

ROBERT W. JODEXNIS

Debtor(s).

Case No.: 19-25541 CMG

Adv. No.:

Hearing Date: April 6, 2022

Judge: Honorable Christine M. Gravelle

**ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: April 19, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): ROBERT W. JODEXNIS
Case No: 19-25541 CMG
Caption of Order:  **ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

---

Upon the Motion for Relief from Stay of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, COMMUNITY LOAN SERVICING LLC fka BAYVIEW LOAN SERVICING, LLC, as to certain real property known as 291 RT 46, BUTTZVILLE, NJ 07829 as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The Debtor has qualified for a loan modification Trial Plan. If successfully completed, the loan will be permanently modified.

2. The Debtor shall maintain Trial Payments and comply with terms in accordance with the offer.

3. If the Debtor fails to successfully complete the Trial Plan, then the Debtor shall be required to cure post-petition arrears within 30 days of notification of denial of the Trial Plan.

4. If the Debtor successfully completes the Trial Plan and the loan is permanently modified, the Debtor shall maintain regular mortgage payments in accordance with the terms of the loan modification agreement.

**(Page 3)**
Debtor(s): ROBERT W. JODEXNIS
Case No: 19-25541 CMG
Caption of Order: **ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

_____

5.  If the Debtor fails to make payment specified above or fails to make any regular monthly payment or additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

6.  The Debtor shall pay Movant's attorney's fees in connection with this application in the amount of $850.00 and costs in the amount of $188.00 with said amount to be paid through the Chapter 13 Plan. Debtor's attorney is responsible for notifying the Trustee of same to insure proper payment.

7.  The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Motion.