| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>COMMUNITY LOAN SERVICING LLC fka<br>BAYVIEW LOAN SERVICING, LLC<br>R.A. LEBRON, ESQ.<br>BAY-270<br>bankruptcy@fskslaw.com | **Order Filed on April 19, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>ROBERT W. JODEXNIS<br><br><br>Debtor(s). | Case No.: 19-25541 CMG<br><br>Adv. No.:<br><br>Hearing Date: April 6, 2022<br><br>Judge: Honorable Christine M. Gravelle |

**ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: April 19, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): ROBERT W. JODEXNIS
Case No: 19-25541 CMG
Caption of Order: **ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

---

Upon the Motion for Relief from Stay of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, COMMUNITY LOAN SERVICING LLC fka BAYVIEW LOAN SERVICING, LLC, as to certain real property known as 291 RT 46, BUTTZVILLE, NJ 07829 as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The Debtor has qualified for a loan modification Trial Plan. If successfully completed, the loan will be permanently modified.

2. The Debtor shall maintain Trial Payments and comply with terms in accordance with the offer.

3. If the Debtor fails to successfully complete the Trial Plan, then the Debtor shall be required to cure post-petition arrears within 30 days of notification of denial of the Trial Plan.

4. If the Debtor successfully completes the Trial Plan and the loan is permanently modified, the Debtor shall maintain regular mortgage payments in accordance with the terms of the loan modification agreement.

**(Page 3)**
Debtor(s): ROBERT W. JODEXNIS
Case No: 19-25541 CMG
Caption of Order: **ORDER RESOLVING MOTION FOR RELIEF FROM STAY**
_____

    5.  If the Debtor fails to make payment specified above or fails to make any regular monthly payment or additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

    6.  The Debtor shall pay Movant's attorney's fees in connection with this application in the amount of $850.00 and costs in the amount of $188.00 with said amount to be paid through the Chapter 13 Plan. Debtor's attorney is responsible for notifying the Trustee of same to insure proper payment.

    7.  The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Motion.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25541-CMG |
| Robert W. Jodexnis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert W. Jodexnis, 3 Sarepta Road, Columbia, NJ 07832-2005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank National Association as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor COMMUNITY LOAN SERVICING LLC FKA BAYVIEW LOAN SERVICING LLC bankruptcy@fskslaw.com |
| Jill Manzo | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bankruptcy@fskslaw.com |
| Joan Sirkis Warren | on behalf of Debtor Robert W. Jodexnis joan@joanlaverylaw.com |
| Michael J. Milstead | |

on behalf of Creditor Wells Fargo Bank  National Association, as Trustee michael@milsteadlaw.com

R. A. Lebron
on behalf of Creditor COMMUNITY LOAN SERVICING LLC FKA BAYVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com

Rebecca Ann Solarz
on behalf of Creditor Wells Fargo Bank  National Association as Trustee Et Al... rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10