Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−25541−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert W. Jodexnis
   3 Sarepta Road
   Columbia, NJ 07832

Social Security No.:
   xxx−xx−9900

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/18/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: May 18, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25541-CMG |
| Robert W. Jodexnis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2022 | Form ID: 148 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert W. Jodexnis, 3 Sarepta Road, Columbia, NJ 07832-2005 |
| lm | + | SLS, 8742 Lucent Blvd., Ste. 300, Highlands Ranch, CO 80129-2386 |
| 518402477 | | Premier Bankcard, c/o Rushmore Service Center, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 518402478 | + | SLS, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| 518410373 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap-on Credit LLC, 950 Technology Way, Ste 301, Libertyville, IL 60048 |
| 518402480 | + | State of NJ-Division of Taxation, CN 245, Trenton, NJ 08646-0245 |
| 518402479 | + | State of New Jersey, Division of Taxation, CN 245, Trenton, NJ 08646-0245 |
| 518504978 | + | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518502864 | + | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 18 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 18 2022 20:36:00 | SLS, 8742 Lucent Blvd., Ste. 300, Highlands Ranch, CO 80129-2386 |
| 518507298 | + | EDI: LCIBAYLN | May 19 2022 00:33:00 | BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD, 5TH FLOOR, BK DEPT, CORAL GABLES, FL 33146-1873 |
| 518402474 | + | EDI: LCIBAYLN | May 19 2022 00:33:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Miami, FL 33146-1873 |
| 519062080 | + | EDI: LCIBAYLN | May 19 2022 00:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 519062079 | + | EDI: LCIBAYLN | May 19 2022 00:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518402475 | + | Email/Text: ecourts.col_efilings@fskslaw.com | May 18 2022 20:36:00 | Fein Such Kahn & Shepard, 7 Century Drive Suite 201, Parsippany, NJ 07054-4673 |
| 518402476 | | EDI: IRS.COM | May 19 2022 00:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518459119 | + | EDI: JEFFERSONCAP.COM | May 19 2022 00:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

Case 19-25541-CMG    Doc 74    Filed 05/20/22    Entered 05/21/22 00:12:23    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 148 | Total Noticed: 20 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 56302-7999 |
| 518402478 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com May 18 2022 20:36:00 | | SLS, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| 518502864 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com May 18 2022 20:36:00 | | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519448146 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com May 18 2022 20:36:00 | | Wells Fargo Bank, National Association, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519448147 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com May 18 2022 20:36:00 | | Wells Fargo Bank, National Association, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Wells Fargo Bank, National Association,, Serviced by Select Portfolio Servicing, |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518811008 | *+ | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2022           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  National Association as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor COMMUNITY LOAN SERVICING LLC FKA BAYVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com |
| Jill Manzo | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com |
| Joan Sirkis Warren | on behalf of Debtor Robert W. Jodexnis joan@joanlaverylaw.com |
| Michael J. Milstead | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 148 | Total Noticed: 20 |

on behalf of Creditor Wells Fargo Bank National Association, as Trustee michael@milsteadlaw.com

R. A. Lebron

on behalf of Creditor COMMUNITY LOAN SERVICING LLC FKA BAYVIEW LOAN SERVICING LLC bankruptcy@fskslaw.com

R. A. Lebron

on behalf of Creditor BAYVIEW LOAN SERVICING LLC bankruptcy@fskslaw.com

Rebecca Ann Solarz

on behalf of Creditor Wells Fargo Bank National Association as Trustee Et Al... rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10